Motion Granted; Dismissed and Memorandum Opinion filed
June 7, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00238-CR

____________

 

JACOB WALLACE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 180th District Court

Harris County, Texas

Trial Court Cause No. 1229397

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal was filed
with this court.  The request was not signed by appellant, however.  See Tex.
R. App. P. 42.2 (permitting voluntary dismissal of appeal on written motion
signed by appellant and his attorney).  When appellant did not respond to this
court’s request to file an amended or supplemental motion containing
appellant’s signature, the court abated the appeal and ordered a hearing in the
trial court to determine whether appellant desires to prosecute his appeal.  A
record of that hearing was filed in this court on May 27, 2011.  At the
hearing, appellant confirmed that he desires to withdraw his appeal.  

Based on this record, we suspend the requirement in Rule 42.2
that appellant’s signature be included on the request to withdraw his
appeal.  See Tex. R. App. P. 2 (permitting appellate court to modify
procedures in the interest of justice or for other good cause).  Because this
court has not delivered an opinion, we grant appellant=s request to withdraw his notice of
appeal and dismiss the appeal.  Accordingly, we order the appeal reinstated and
dismissed.  We direct the clerk of the court to issue the mandate of the court
immediately.

 

PER CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.

Do Not Publish — Tex. R. App.
P. 47.2(b).